IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LATNIE ZACHARIAH WILLIAM GREGORY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 14-1219-GMS |
| ) | |
| HONORABLE NORMAN MASSRY, et. al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

At Wilmington this 29th day of December, 2014;

IT IS HEREBY ORDERED that:

1. Petitioner Gregory's emergency habeas petition (D.I. 1) is **DISMISSED** for lack of jurisdiction.

2. The court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); *United States v. Eyer*, 113 F.3d 470 (3d Cir. 1997); 3d Cir. L.A.R. 22.2 (2008).

3. The clerk shall send a copy of this memorandum and order to Gregory at his address on record, and close the case.

_____
UNITED STATES DISTRICT JUDGE